IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PARTNER SERVICES, INC., a subsidiary of SCANSOURCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANADE, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-00001-AT |

## NOTICE OF APPEARANCE OF COUNSEL

I, Alison B. Prout, Georgia Bar No. 141666, of the law firm of Bondurant, Mixson & Elmore, LLP, hereby enter my appearance as counsel for Defendant Avanade, Inc. in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

1039612.1

This 22nd day of January, 2013.

        Respectfully submitted,

        */s/ Alison B. Prout*
        Alison B. Prout
        Georgia Bar No. 141666

**BONDURANT, MIXSON & ELMORE, LLP**  *Attorney for Defendant*
3900 One Atlantic Center  *Avanade, Inc.*
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of January, 2013, I electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Andrew A. Davenport, Esq.
>Kasowitz, Benson, Torres & Friedman LLP
>1349 West Peachtree Street, N.W.
>Suite 1500
>Atlanta, Georgia  30309
>adavenport@kasowitz.com
>
>Mark P. Ressler, Esq.
>R. Tali Epstein, Esq.
>Kasowitz, Benson, Torres & Friedman LLP
>1633 Broadway
>New York, New York 10019
>mressler@kasowitz.com
>tepstein@kasowitz.com

This 22nd day of January, 2013.

>*/s/ Alison B. Prout*
>Alison B. Prout
>Georgia Bar No. 141666