IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PARTNER SERVICES, INC., a subsidiary of SCANSOURCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVANADE, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-00001-AT |

## NOTICE OF APPEARANCE OF COUNSEL

I, Jeffrey O. Bramlett, Georgia Bar No. 075780, of the law firm of Bondurant, Mixson & Elmore, LLP, hereby enter my appearance as counsel for Defendant Avanade, Inc. in the above-styled action. The undersigned requests notice of all hearings and other proceedings in the above-styled action and service of all orders, pleadings and other papers.

1039614.1

This 22nd day of January, 2013.

Respectfully submitted,

*/s/ Jeffrey O. Bramlett*
Jeffrey O. Bramlett
Georgia Bar No. 075780

**BONDURANT, MIXSON & ELMORE, LLP**   *Attorney for Defendant*
3900 One Atlantic Center                *Avanade, Inc.*
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of January, 2013, I electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Andrew A. Davenport, Esq.
> Kasowitz, Benson, Torres & Friedman LLP
> 1349 West Peachtree Street, N.W.
> Suite 1500
> Atlanta, Georgia  30309
> adavenport@kasowitz.com
>
> Mark P. Ressler, Esq.
> R. Tali Epstein, Esq.
> Kasowitz, Benson, Torres & Friedman LLP
> 1633 Broadway
> New York, New York 10019
> mressler@kasowitz.com
> tepstein@kasowitz.com

This 22nd day of January, 2013.

> */s/ Jeffrey O. Bramlett*
> Jeffrey O. Bramlett
> Georgia Bar No. 075780

1039614.1

3