# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PARTNER SERVICES, INC.,** a subsidiary of **SCANSOURCE, INC.,** | |
| **Plaintiff** | |
| v. | Civil Action No. 1:13-CV-00001-AT |
| **AVANADE, INC.,** | |
| **Defendant.** | Hon. Amy Totenberg |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Partner Services, Inc., a subsidiary of ScanSource, Inc. ("ScanSource") and Defendant Avanade Inc. ("Avanade") and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, and all claims, counterclaims and defenses asserted therein, however designated, shall be and hereby are dismissed with prejudice in their entirety.  Each party shall bear its own costs and attorneys' fees.

Respectfully and jointly submitted this 24th day of June, 2014,

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br><br>By: */s/ Andrew A. Davenport*<br>Mark P. Ressler (admitted *Pro Hac Vice*)<br>R. Tali Epstein (admitted *Pro Hac Vice*)<br>Andrew A. Davenport (GA Bar No. 205935)<br>Robyn King Richards (GA Bar No. 141940)<br><br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Email: mressler@kasowitz.com<br>            tepstein@kasowitz.com<br><br>1349 West Peachtree Street, N.W.<br>Suite 1500<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6106<br>Email: adavenport@kasowitz.com<br>            rking@kasowitz.com<br><br>-   and -<br><br>HOLLAND & KNIGHT LLP<br><br>Harold T. Daniel, Jr. (GA Bar No. 204000)<br>Laurie Webb Daniel (GA Bar No. 204225)<br><br>1201 West Peachtree Street, N.E.<br>Suite 2000<br>Atlanta, Georgia 30309<br>Telephone: (404) 817-8500<br>Email: harold.daniel@hklaw.com<br>            laurie.daniel@hklaw.com<br><br>*Attorneys for Plaintiff* | KIRKLAND & ELLIS LLP<br><br>By: */s/ Craig S. Primis*<br>Steven D. McCormick, admitted *pro hac vice*<br>Craig S. Primis, P.C., admitted *pro hac vice*<br>Beth A. Williams, admitted *pro hac vice*<br>Liam P. Hardy, admitted *pro hac vice*<br>Eric S. Nguyen, admitted *pro hac vice*<br><br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Email: smccormick@kirkland.com<br>            cprimis@kirkland.com<br>            beth.williams@kirkland.com<br>            liam.hardy@kirkland.com<br>            eric.nguyen@kirkland.com<br><br>-   and –<br><br>BONDURANT, MIXSON & ELMORE, LLP<br><br>Jeffrey O. Bramlett (GA Bar No. 075780)<br>Alison B. Prout (GA Bar No. 141666)<br><br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA 30309<br>Tel: (404) 881-4100<br>Fax: (404) 881-4111<br>Email: bramlett@bmelaw.com<br>            prout@bmelaw.com<br><br>*Attorneys for Defendant* |